Ian S. Landsberg (SBN 137431)
**LANDSBERG & ASSOCIATES**
**A Professional Law Corporation**
16030 Ventura Boulevard, Suite 470
Encino, California 91436
Telephone: (818) 855-5900
Facsimile:  (818) 855-5910
ilandsberg@landsberg-law.com

Richard S. Hessenius (SBN 76765)
**LAW OFFICE OF RICHARD S. HESSENIUS**
**A Professional Corporation**
720 30th Street
Manhattan Beach, California 90266
Telephone:  (310) 545-8131
Facsimile:  (310) 545-6495
Email:  rhessenius@aol.com

Attorneys for Defendant and Counterclaimant
Thousand Oaks Marketplace, L.P.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CVS PHARMACY, INC., a Rhode Island Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOUSAND OAKS MARKETPLACE, L.P., a California limited partnership,<br><br>　　　　Defendant. | Case No.  10-CV-02001-VBF (PLAx)<br><br>**JUDGMENT**<br><br>**[The Honorable Valerie Baker Fairbank]** |
| AND RELATED COUNTERCLAIM | |

///

2000.046

JUDGMENT

This Court, having on August 4, 2011 granted the motion for summary judgment by Defendant and Counterclaimant Thousand Oaks Marketplace, L.P. for Summary Judgment (the "Motion"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Defendant and Counterclaimant, Thousand Oaks Market Place, L.P. ("Thousand Oaks") shall have judgment in its favor on the Complaint filed by Plaintiff CVS Pharmacy, Inc. ("CVS") and on the Counterclaim of Thousand Oaks against CVS.

2. CVS shall take nothing on its claims.

3. Thousand Oaks shall have and recover a money judgment against CVS for the total sum of $1,614,462.43, plus costs and attorneys fees to be determined at a later date.

4. Post-judgment interest shall accrue at the federal rate of post-judgment interest from the date of entry of this judgment.

Dated August 4, 2011

*Valerie Baker Fairbank*
United States District Court Judge

2
JUDGMENT